**Jacqueline DENNIS, Next of Friend, Henry Francis, Petitioner–Appellant,**

v.

**Ginny VAN BUREN, Warden, FMC–Carswell, Respondent–Appellee.**

**No. 06–10198.**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided June 29, 2006.

Jacqueline Dennis, Fort Worth, TX, pro se.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Jacqueline Dennis, federal prisoner # 17355–018, appeals the denial of her 28 U.S.C. § 2241 complaint, in which she challenged the failure of the Supreme Court to order her immediate release on the basis of a purported waiver submitted by the Government in certiorari proceedings. Dennis has not established that she raised a challenge to the execution of her sentence, rather than a collateral challenge to her prior habeas proceedings, and her claims are thus not properly raised under § 2241. *See Leal v. Tombone,* 341 F.3d 427, 429–30 (5th Cir.2003); *Jeffers v. Chandler,* 253 F.3d 827, 830 (5th Cir.2001). The judgment of the district court is thus AFFIRMED.

Dennis also moves for bail pending the resolution of her appeal. In light of her failure to establish a high probability of success on a constitutional claim, the motion is DENIED. *See Calley v. Callaway,* 496 F.2d 701, 702 (5th Cir.1974).

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.